IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHERITA T TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>DMN TRANSPORT, INC., IBRAHIM MAHAMAT, and NATIONAL INTERSTATE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 5:24-CV-00056-TES |

# ORDER

THIS MATTER having come before the Court on the Joint Stipulation and Consent Motion to Dismiss With Prejudice, submitted by Plaintiff Cherita Turner and Defendants DMN Transport, Inc, Ibrahim Mahamat, and National Interstate Insurance Company (hereinafter collectively referred to as "the Parties"), and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice is **GRANTED**. The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**SO ORDERED** this 29th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　s/Tilman E. Self, III
　　　　　　　　　　　　　　　　　　　　TILMAN E. SELF, III, JUDGE
　　　　　　　　　　　　　　　　　　　　United States District Court