IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHERITA TURNER, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00056-TES |
| | * |
| IBRAHIM MAHAMAT et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 29, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk